The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUKUND MOHAN,

Defendant.

No. 2:20-mj-00451-BAT

**WAIVER OF SPEEDY TRIAL**

I have been advised by my attorney that I have a right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. I understand that under the statute the government must obtain an indictment within thirty days of my initial appearance in this case, which occurred on July 23, 2020. Previously, I agreed to waive this right and extend the Indictment deadline to October 22, 2020, then to November 23, 2020, and most recently, to January 22, 2021. I now agree to further waiver this right and extend the Indictment deadline to March 31, 2021, so that my attorney has adequate time to investigate the case in order to effectively represent me and so that my attorney and the attorney for the government may discuss defenses, and possibly, pursue negotiations and so that I may have sufficient time to review and act upon any proposal for a negotiated settlement. I



Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800 fax 206.516.3888

knowingly, voluntarily, and with advice of counsel waive my right to a speedy indictment for the period up to and including March 31, 2021.

DATED this 14th day of January, 2021

DocuSigned by:
Mukund Mohan
4CF18EE12F924B5...

Mukund Mohan, Defendant



Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800 fax 206.516.3888