The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MUKUND MOHAN,<br>Defendant. | No. 2:20-mj-00451-BAT<br>**NOTICE OF CHANGE OF ADDRESS** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND/OR COUNSEL OF RECORD

PLEASE BE ADVISED the address of Yarmuth LLP has changed. The new address is:

YARMUTH LLP
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone: 206.516.3800
Fax: 206.516.3888

Please update your records to reflect this change of address. All other contact information remains unchanged.



Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800 fax 206.516.3888

Dated: January 21, 2021.

**YARMUTH LLP**

By: *s/Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone: 206.516.3800
Email: rwestinghouse@yarmuth.com

*Attorneys for Defendant Mukund Mohan*



Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800 fax 206.516.3888